920

No. 93–5441. POLEWSKY v. NATIONAL RAILROAD PASSENGER CORPORATION. C. A. 2d Cir. Certiorari denied.

No. 93–5443. GORE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5512. SCHWARZ v. CHURCH OF SCIENTOLOGY ET AL. Sup. Ct. Utah. Certiorari denied.

No. 93–5531. WRIGHT v. KAISER, CHIEF OF OPERATIONS, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 93–5538. DULOCK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5549. HANCE v. ZANT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93–5561. TEDFORD v. HEPTING ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–5566. LUNSFORD v. LEE, SUPERINTENDENT, CALEDONIA CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–5577. SCHULTZ v. COPPLE ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5578. HOLLAND v. VAUGHN, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 93–5579. FRIPP v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 93–5580. GARCIA v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 93–5582. TAYLOR v. BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5583. SWAIN v. DETROIT BOARD OF EDUCATION. Ct. App. Mich. Certiorari denied.